Catherine Cabalo, Esq. (CA Bar No. 248198)
Peiffer Rosca Wolf Abdullah Carr & Kane
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.766.3592
Facsimile: 415.402.0058
Email: ccabalo@prwlegal.com

*Attorneys for Plaintiffs*
*Abdul Nevarez and Priscilla Nevarez*

Jason Gong, Esq.
Law Office of Jason G. Gong
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: 925.735.3800
Facsimile: 925.735.3801
Email: jgong@gonglawfirm.com

*Attorney for Defendant*
*Defendant Peacock Gap Holdings LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ and PRISICLLA NEVAREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>PEACOCK GAP HOLDINGS LLC AND DOES 1-10, Inclusive<br><br>Defendants. | No. 4:17-cv-03480-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER COMPLAINT AND FOR PARTIES TO CONDUCT GENERAL ORDER 56 SITE INSPECTION** |

## STIPULATION

Plaintiffs Abdul Nevarez and Priscilla Nevarez (together "Plaintiffs") and defendant Peacock Gap Holdings LLC ("Defendant"), by and through their respective counsel, jointly stipulate to extend the time for Defendant to file its answer to the

1

complaint to October 6, 2017. The parties also jointly stipulate to continue the deadline to complete the General Order 56 joint site inspection to October 20, 2017.

Dated: September 25, 2017     PEIFFER, ROSCA, WOLF, ABDULLAH, CARR & KANE

s/ Catherine Cabalo
By: Catherine Cabalo
Attorney for Plaintiffs
ABDUL NEVAREZ and PRISCILLA NEVAREZ

Dated: September 25, 2017     LAW OFFICE OF JASON G. GONG

s/ Jason Gong
By: Jason Gong
Attorney for Defendant
PEACOCK GAP HOLDINGS LLC

## **ORDER**

Pursuant to the parties' stipulation and for good cause shown, defendant Peacock Gap Holdings LLC shall answer the Complaint by October 6, 2017, and the parties shall complete the General Order 56 joint inspection by October 20, 2017.

**IT IS SO ORDERED.**

Dated: September 26, 2017

The Honorable Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
Case No: 4:17-cv-03480-KAW

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document had been obtained from each of the other signatories whose signatures are indicated by a conformed signature ("/s/") within this e-filed document.

Dated: September 25, 2017        s/ Catherine Cabalo
                                 Catherine Cabalo

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
Case No: 4:17-cv-03480-KAW