Catherine Cabalo, Esq. (CA Bar No. 248198)
Peiffer Rosca Wolf Abdullah Carr & Kane
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.766.3592
Facsimile: 415.402.0058
Email: ccabalo@prwlegal.com

*Attorneys for Plaintiffs*
*Abdul Nevarez and Priscilla Nevarez*

Jason Gong, Esq.
Law Office of Jason G. Gong
2121 N. California Blvd., Suite 290
Walnut Creek, CA 94596
Telephone: 925.735.3800
Facsimile: 925.735.3801
Email: jgong@gonglawfirm.com

*Attorney for Defendant*
*Defendant Peacock Gap Holdings LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ and PRISICLLA NEVAREZ,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>PEACOCK GAP HOLDINGS LLC AND DOES 1-10, Inclusive<br><br>　　　　　Defendants. | No. 4:17-cv-03480-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME UNDER Fed.R.Civ.P. RULE 12(f)** |

## **STIPULATION**

WHEREAS, this case has been assigned for early disclosures and mediation under General Order 56;

1

WHEREAS, plaintiffs' deadline for filing a motion under Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 12(f) regarding the Answer by defendant Peacock Gap Holdings LLC is November 24, 2017;

WHEREAS, plaintiffs and defendant wish to avoid the time and expense of briefing Fed.R.Civ.P. 12(f) motions until/unless mediation under General Order 56 does not succeed; and

IT IS HEREBY STIPUALTED by and among the parties that the deadline for plaintiffs to file any motion under Fed.R.Civ.P. 12(f) be extended to 21 days past the date the mediator certifies that mediation under General Order 56 has been completed, or when the Court orders that the parties are no longer under General Order 56, whichever occurs first (hereinafter "triggering event"). It is also stipulated that 1) the parties shall meet and confer within 7 days of the triggering event; 2) defendant shall thereafter be allowed an opportunity to voluntarily amend its answer prior to plaintiffs filing any Fed.R.Civ.P. 12(f) motion and 3) that any amended answer shall be filed no later than 7 days after the parties meet and confer.

**IT IS SO STIPULATED.**

Dated: November 6, 2017        PEIFFER, ROSCA, WOLF, ABDULLAH, CARR & KANE

                               *s/* Catherine Cabalo
                               By: Catherine Cabalo
                               Attorney for Plaintiffs
                               ABDUL NEVAREZ and PRISCILLA NEVAREZ

//

//

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME UNDER FRCP 12(f)
Case No: 4:17-cv-03480-KAW

Dated: November 6, 2017  LAW OFFICE OF JASON G. GONG

                        *s/* Jason Gong
                        By: Jason Gong
                        Attorney for Defendant
                        PEACOCK GAP HOLDINGS LLC

## **SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document had been obtained from each of the other signatory whose signature is indicated by a conformed signature ("/s/") within this e-filed document.

Dated: November 6, 2017            *s/* Catherine Cabalo
                                                Catherine Cabalo

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME UNDER FRCP 12(f)
Case No: 4:17-cv-03480-KAW

# ORDER

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that the deadline for plaintiffs to file any motion under Fed.R.Civ.P. 12(f) be extended to 21 days past the date the mediator certifies that mediation under General Order 56 has been completed, or when the Court orders that the parties are no longer under General Order 56, whichever occurs first (hereinafter "triggering event"). It is also stipulated that 1) the parties shall meet and confer within 7 days of the triggering event; 2) defendant shall thereafter be allowed an opportunity to voluntarily amend its answer prior to plaintiff filing any Fed.R.Civ.P. 12(f) motion and 3) that any amended answer shall be filed no later than 7 days after the parties meet and confer.

**IT IS SO ORDERED.**

Dated: November 7 , 2017

_Kandis Westmore_
The Honorable Kandis A. Westmore
UNITED STATES MAGISTRATE JUDGE